```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :      ORDER

     - v. -                      :
                                        16 Cr. 400 (RA)
CHRISTOPHER PLAFORD,             :

          Defendant.             :

- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/16

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Ian McGinley, Damian Williams, and Joshua A. Naftalis, of counsel;

It is found that the Information in the above-captioned action, United States v. Christopher Plaford, 16 Cr. 400 (RA), is currently sealed; that docketing in this matter was previously ordered delayed; and that the United States Attorney's Office has applied to have the Information unsealed and the delay in docket entries lifted as of June 15, 2016 at 8:00 a.m. EST; it is therefore

ORDERED that the Information 16 Cr. 400 (RA) in the above-captioned action and other entries be unsealed as of June 15, 2016 at 8:00 a.m. EST and remain unsealed pending further order of the Court; and

IT IS FURTHER ORDERED that the Clerk of Court make the relevant entries on the public docket and docket the other filings in this case.

Dated: New York, New York
June 14, 2016

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE