UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

         -v.-                        :    NOTICE OF INTENT TO
                                       FILE AN INFORMATION

CHRISTOPHER PLAFORD,                :

         Defendant.                  :    **16 CRIM 400**
------------------------------------x

JUDGE ABRAMS

JUDGE ABRAMS

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        May 16, 2016

            PREET BHARARA
            United States Attorney

By: _____
    Ian McGinley/Damian Williams /Joshua A. Naftalis
    Assistant United States Attorneys

AGREED AND CONSENTED TO:

_____
David S. Smith, Esq.
Attorney for Defendant Christopher Plaford

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/16