USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/09/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER PLAFORD,

Defendant.

No. 16-CR-    (RA)

ORDER

**16 CRIM 400**

RONNIE ABRAMS, United States District Judge:

Defendant Christopher Plaford shall be released on bail pending trial pursuant to the following conditions:

- Defendant can be released on his own signature.
- Defendant's travel shall be restricted to the Continental United States.
- Pretrial Services supervision, as directed.
- Defendant shall surrender travel documents and make no new applications.
- Defendant must maintain verifiable employment.

SO ORDERED.

Dated: June 9, 2016
New York, New York

Ronnie Abrams
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: