| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X<br><br>UNITED STATES OF AMERICA           :<br><br>              v.                                          :<br><br>CHRISTOPHER PLAFORD,                :<br><br>              Defendant.                        :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/9/16<br><br>**16 CRIM 400**(A) |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 641, 1343, 1349, and 2, and Title 15, United States Code, Sections 78j(b) and 78ff, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       June 9, 2016

0202