UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :    16-Cr-00400
      -against-                       :    ORDER
                                      :
Christopher Plaford                   :
                                      :
            Defendant                 :
                                      :
-------------------------------------X

RONNIE ABRAMS, United States District Judge:

ORDERED that the defendant's bail be modified to include surrender all firearms and not possess firearms.

Dated: New York, New York
       July 7, 2016

                              SO ORDERED

                              _____
                              Ronnie Abrams
                              United States District Judge