UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   **Notice of Appearance**

       - against -

                                                   **16-cr-00400-RA-1**

CHRISTOPHER PLAFORD,

                Defendant.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that I am admitted to practice law in this District Court and hereby appear as counsel for Defendant Christopher Plaford in the above-referenced matter.

Dated: Garden City, New York
         July 20, 2016

                                                   /s/ David Smith
                                             David Smith, Esq.
                                             Law Office of David S. Smith, LLC
                                             666 Old Country Road, Suite 305
                                             Garden City, New York 11530
                                             Phone: (516) 213-0018
                                             Fax: (917) 591-3244
                                             E-mail: davidsmith@dssesq.com

                                             *Attorneys for Defendant Christopher Plaford*