UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                **Certificate of Service**

      - against -

                                                **16-cr-00400-RA-1**

CHRISTOPHER PLAFORD,

                   Defendant.
--------------------------------------------------------------------x

     I hereby certify that on July 20, 2016, I electronically filed the foregoing Notice of

Appearance, dated July 20, 2016, with the Clerk of the District Court using CM/ECF system,

which sent notification of such filing to the following persons:

    **Ian Patrick McGinley**
    United States Attorney's Office, SDNY
    One Saint Andrew's Plaza
    New York, NY 10007
    (212) 637-2257
    Email: patrick.mcginley@usdoj.gov

    **Joshua Arditi Naftalis**
    U.S. Attorney's Office, SDNY
    One St. Andrew's Plaza
    New York, NY 10007
    (212)-637-2310
    Fax: (212) 637-2527
    Email: joshua.naftalis@usdoj.gov

Dated: Garden City, New York
        July 20, 2016

                                                    /s/ David Smith
                                             David Smith, Esq.
                                             Law Office of David S. Smith, LLC
                                             666 Old Country Road, Suite 305
                                             Garden City, New York 11530
                                             Phone: (516) 213-0018
                                             Fax: (917) 591-3244
                                             E-mail: davidsmith@dssesq.com